**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**KEVIN MITCHELL,**                                                                                    **PLAINTIFF**
**ADC #500399**

**v.**                                        **CASE NO. 3:15-CV-309 BSM/BD**

**JOEY MARTIN and**
**POINSETT COUNTY JAIL**                                                             **DEFENDANTS**

**<u>ORDER</u>**

The recommended disposition submitted by United States Magistrate Judge Beth Deere has been reviewed. No objections have been filed. After careful consideration, the recommended disposition is hereby adopted in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Plaintiff Kevin Mitchell's claims against Joey Martin are dismissed without prejudice, and his claims against the Poinsett County Jail are dismissed with prejudice.

2.      This dismissal will count as a "strike" for purposes of 28 U.S.C. § 1915(g).

3.      Pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 23rd day of December 2015.

_____
UNITED STATES DISTRICT JUDGE