**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**KEVIN MITCHELL,**                                                                    **PLAINTIFF**
**ADC #500399**

**v.**                            **CASE NO. 3:15-CV-309 BSM/BD**

**JOEY MARTIN and**
**POINSETT COUNTY JAIL**                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered separately today, this case is hereby dismissed

without prejudice.

IT IS SO ORDERED this 23rd day of December 2015.


_____
UNITED STATES DISTRICT JUDGE